UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   Criminal No. 6:12CR60018-001 |
| | ) |
| RASHAUD WALKER | ) |

**ORDER OF DISMISSAL**

Now on this same day came on for consideration the Government's Motion to Dismiss pursuant to Rule 48(a), Federal Rules of Criminal Procedure, and upon consideration of the same, the Court is of the opinion that same Motion should be granted.

NOW THEREFORE, it is ordered that the Indictment filed in the above-entitled and numbered cause on August 22, 2012 be on the same day hereby dismissed without prejudice.

Entered on this 28th day of October, 2014.

Honorable Susan O. Hickey
United States District Judge
